

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

EDGAR SANCHEZ, § No. 08-16-00303-CR

Appellant, § Appeal from the

v. § 168th District Court

THE STATE OF TEXAS, § of El Paso County, Texas

State. § (TC# 20130D02946)

§

**O R D E R**

The Court has this day considered the Honorable Marcos Lizarraga's request for extension of time to conduct the hearing and concludes the motion should be GRANTED.

Therefore, the trial court has until March 22, 2017 to hold the hearing pursuant to this Court's order of January 23, 2017. The District Clerk shall prepare and forward a supplemental clerk's record containing the trial court's orders and/or findings on or before April 1, 2017. Further, the transcription of the hearing shall be prepared, certified and filed with this Court on or before April 1, 2017.

IT IS SO ORDERED this 2nd day of March, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.